# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-1682-KK-SHKx** | Date: | May 16, 2025 |
|---|---|---|---|

| Title: | *Johnathan Cain et al. v. City of Yucaipa et al.* |
|---|---|

Present: The Honorable **KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE**

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause regarding Failure to Participate in ADR

On **October 22, 2024,** this Court issued a scheduling order setting the deadline to participate in mandatory ADR proceedings as May 15, 2025. Dkt. 19. The Court is in receipt of Plaintiff's status report, which states "Plaintiff has made numerous attempts to schedule mediation in this matter . . . [h]owever, Defendants have not agreed to conduct the mediation prior to the Court's May 15, 2025 mediation cutoff." Dkt. 43. Therefore, Defendants are ordered to show cause why they should not be sanctioned in the amount of $500.00 for failing to participate in the mandatory ADR proceedings prior to the May 15, 2025 deadline. Defendants shall respond in writing no later than **May 23, 2025**. Failure to do so will result in Defendants being sanctioned in the amount of $500.00.