UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 24-1682-KK-SHKx** | Date: | May 23, 2025 |
| Title: | *Johnathan Cain et al. v. City of Yucaipa et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause regarding Failure to Participate in ADR

On October 22, 2024, the Court issued a scheduling order setting the deadline to participate in mandatory ADR proceedings as May 15, 2025.  Dkt. 19.

On May 15, 2025, Plaintiff filed a status report which stated "Plaintiff has made numerous attempts to schedule mediation in this matter . . . [h]owever, Defendants have not agreed to conduct the mediation prior to the Court's May 15, 2025 mediation cutoff."  Dkt. 43.  Hence, on May 16, 2025, the Court issued an Order to Show Cause ("OSC") for Defendants to respond as to why they failed to participate in the mandatory ADR proceedings.  Dkt. 44.  On May 19, 2025, Defendants filed a response stating, among other things, "[t]hrough no fault of Plaintiff or Defendants, mediation has been scheduled on June 10, 2025."  Dkt. 45 at 6.  Contrary to Plaintiff's initial contention, it appears Defendants have engaged in scheduling a mediation date.  See dkt. 45.  Thus, the Court's May 16, 2025 OSC is **DISCHARGED**.

However, based on the parties' responses, it appears they have been aware, since at least February 19, 2025, that their desired mediator was not available prior to the ADR deadline.  See dkt. 45 at 31.  Moreover, it is undisputed that the parties have failed to comply with the Court's Order setting May 15, 2025 as the deadline to complete mandatory ADR proceedings.

///

///

      Therefore, the parties are ordered to show cause why they should not be sanctioned in the amount of $500.00 each for failing to notify the Court for months that the ADR May 15, 2025 deadline could not be met.  The parties shall respond in writing no later than **May 30, 2025**.  Failure to do so will result in the parties being sanctioned in the amount of $500.00.

      **IT IS SO ORDERED**.