# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN CAIN, an individual; and NICOLE CARYSSA CASTREJON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a public entity; DEPUTY VICTOR CHAVEZ, an individual; DEPUTY KYLE SMIT, an individual; and DOE OFFICERS 1–10, individuals,<br><br>Defendants. | CASE NO.: 5:24-cv-01682-KK-SHK<br><br>District Judge: Kenly Kiya Kato<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently with: [Stipulation.] |

ORDER

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court, having considered the Stipulation of Plaintiffs JOHNATHAN CAIN and NICOLE CARYSSA CASTREJON ("Plaintiffs") and Defendants COUNTY OF SAN BERNARDINO, DEPUTY VICTOR CHAVEZ, and DEPUTY KYLE SMIT ("Defendants") has hereby found GOOD CAUSE on the following:

1. Plaintiffs' First Amended Complaint (Dkt. No. 14) and this entire action and all of Plaintiffs' claims against Defendants County of San Bernardino, Victor Chavez, and Kyle Smit are hereby **DISMISSED WITH PREJUDICE**;

2. All parties shall bear their own attorney's fees and costs in this action; and

3. The parties have waived and foregone any rights to appeal with respect to any issues, rulings, or orders in this action.

**IT IS SO ORDERED.**

Dated: August 5, 2025

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE